# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SIMON JOHN QUINN

NO. 2023 KW 0538

**JULY 28, 2023**

---

In Re: Simon John Quinn, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 700,389.

---

**BEFORE: HOLDRIDGE, CHUTZ, AND PENZATO, JJ.**

**WRIT DENIED.**

GH
WRC
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT